Gideon Kracov (State Bar No. 179815)
LAW OFFICE OF GIDEON KRACOV
801 S. Grand Avenue, 11th Floor
Los Angeles, CA 90017-4645
Tel: (213) 629-2071
Fax: (213) 623-7755
Email: gk@gideonlaw.net

Michael R. Lozeau (State Bar No. 142893)
Richard T. Drury (State Bar No. 163559)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mail: michael@lozeaudrury.com
        richard@lozeaudrury.com
        doug@lozeaudrury.com

Attorneys for Plaintiff
CENTER FOR COMMUNITY ACTION
AND ENVIRONMENTAL JUSTICE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RUUHWA DANN & ASSOCIATES, INC. dba CAL MICRO RECYCLING, a corporation,<br><br>Defendant. | Case No.  CV 5:14-0230 VAP (SPx)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>(Federal Rules Civil Procedure Rule 41(a)) |

VOLUNTARY DISMISSAL

1

NOTICE IS HEREBY GIVEN pursuant to Federal Rules Civil Procedure Rule 41(a) that plaintiff CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE hereby voluntarily dismisses the above-captioned action without prejudice.

Dated: June 2, 2014

Respectfully submitted,

LAW OFFICE OF GIDEON KRACOV

By: _____
Gideon Kracov
Attorneys for Plaintiff

CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE

VOLUNTARY DISMISSAL

2

## PROOF OF SERVICE

I, Gideon Kracov, being duly sworn, deposes and says:

I am a citizen of the United States and work in Los Angeles County, California. I am over the age of eighteen years and am not a party to the within entitled action. My business address is: 801 S. Grand Ave., 11th Fl., LA, CA 90017. On June 3, 2014 I served the attached: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE on:

Rodney W. Bell
Chang & Coté
19138 East Walnut Drive N, Suite 100
Rowland Heights, California 91748
rbell@changcote.com

COUNSEL FOR RUUHWA DANN & ASSOCIATES, INC. dba CAL MICRO RECYCLING

Citizen Suit Coordinator
Environment and Natural Resources Division
Law and Policy Section
P.O. Box 7415
Ben Franklin Station
Washington, DC 20044-7415
Judith.Harvey@usdoj.gov

COUNSEL FOR UNITED STATES

XXX  by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States Post Office mail box at 801 S. Grand Ave., Los Angeles, California, addressed as set forth above. I am readily familiar with my firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date of postage meter date is more than 1 day after date of deposit for mailing in affidavit.

____  by personally delivering a true copy thereof to the person.

____  by sending a true and correct copy thereof via facsimile

XXX  by transmitting via electronic mail the document(s) listed above to the e-mail addresses set forth herein on this date.

I declare under penalty of perjury, according to the laws of the State of California, that the foregoing is true and correct.

Executed this ___6/3___, 2014 at Los Angeles, California.

Gideon Kracov